

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**                                          **ERIC SMITS**
**District Court Executive**                              **Chief Deputy Clerk**
**Clerk of Court**

1/16/2024

**CLERK, US DISTRICT COURT**
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

Your No:  20-CR-746-1
Our No:  2:20-CR-00171-006
Defendant:  Guolong Li

Dear Clerk,

Attached please find a certified copy of the charging instrument, judgment, signed Probation 22 form, docket sheet, and copy of the financial affidavit.  Please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https:// ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of these documents by return e-mail reply. Thank you.

Sincerely,

/s/*Kathleen Albert*

Deputy Clerk

FILED
1/12/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| MEK **20CR746** | | 2:20CR00171-006 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western Washington | Seattle |
| | NAME OF SENTENCING JUDGE | |
| Guolong Li | The Honorable John C. Coughenour | |

| | DATES OF PROBATION/ **SUPERVISED RELEASE** | FROM | TO |
|---|---|---|---|
| | | 12/04/2023 | 12/03/2026 |

**OFFENSE**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846 Conspiracy to Manufacture and Distribute Marijuana

JUDGE PACOLD
MAGISTRATE JUDGE HOLLEB HOTALING
Washington

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Western _____ DISTRICT OF _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ 1/12/2024 _____
*Date*

_____ *John C. Coughenour* _____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Illinois _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JANNETTE NUNEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
January 16, 2024

January 12, _____

_____ *Rebecca R. Pallmeyer* _____
*United States District Judge*